ocontVid(02/21)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

Andy Baron Elliott
Sandra Leah Elliott

Debtor(s)

CHAPTER 7
Bankruptcy No.
*21−30420*

## ORDER GRANTING CONTINUANCE
## AND RESCHEDULING VIDEO CONFERENCE HEARING

The parties filed a stipulated motion to continue the video conference hearing scheduled for **September 26, 2024**. The Court finds cause for granting the continuance.

IT IS ORDERED that the video conference hearing on:

Objection by Trustee, Gene W. Doeling, to Debtors' Claim of Exemptions, filed August 14, 2024. (Doc. 154)

will be held on **October 22, 2024** at **02:00 PM**.

Video conference instructions, procedures and link to join are located at: https://www.ndb.uscourts.gov/video−conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site, generally not less than 48 hours (72 hours preferred) in advance of the hearing.** To test the connection, submit a testing request at https://www.ndb.uscourts.gov/VCtestform. Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot or Grand Forks must contact the Bankruptcy Clerk?s Office at (701) 297−7100 or email clerks_office@ndb.uscourts.gov. Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

Please be advised that all hearings are evidentiary unless, upon the Court's initiative or the written request of a party, the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witnesses and exhibits not later than two business days before the hearing on a contested matter.

Dated: September 24, 2024

**/s/ Shon Hastings**
Judge, U.S. Bankruptcy Court

Copy served electronically September 24, 2024 on Electronic mail list for Case No. 21−30420