United States Bankruptcy Court

District of North Dakota

In re:  Case No. 21-30420-skh
Andy Baron Elliott  Chapter 7
Sandra Leah Elliott
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0868-3  User: admin  Page 1 of 2
Date Rcvd: Sep 24, 2024  Form ID: ocontVid  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andy Baron Elliott, 1408 West Pheasant Ridge Dr, Watford City, ND 58854-7837 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda Ferguson | on behalf of Creditor Cardinal Financial Company amanda@hwmlawfirm.com |
| Benjamin J. Mann | on behalf of Creditor Cardinal Financial Company ben@hwmlawfirm.com ben@ecf.courtdrive.com;meghan@ecf.courtdrive.com;ecfmail@hwmlawfirm.com |
| Chad Everett Anderson | on behalf of Joint Debtor Sandra Leah Elliott chad@chadandersonlaw.com  ChadAndersonLawFirm@jubileebk.net |
| Chad Everett Anderson | on behalf of Debtor Andy Baron Elliott chad@chadandersonlaw.com  ChadAndersonLawFirm@jubileebk.net |
| Charles Dendy | on behalf of Creditor Office of State Tax Commissioner cdendy@nd.gov |

District/off: 0868-3　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Sep 24, 2024　　　　　　　　　　Form ID: ocontVid　　　　　　　　　　　　Total Noticed: 1

| Name | Details |
|---|---|
| Douglas Murch | on behalf of Creditor Westlake Financial Services dmurch@conmylaw.com rstallman@conmylaw.com;landerson@conmylaw.com |
| GENE W. DOELING | on behalf of Plaintiff Gene W. Doeling gene@kaler-doeling.com  heather@kaler-doeling.com,mn20@ecfcbis.com |
| GENE W. DOELING | on behalf of Trustee Gene W Doeling gene@kaler-doeling.com  heather@kaler-doeling.com,mn20@ecfcbis.com |
| Gene W Doeling | heather@kaler-doeling.com  mn20@ecfcbis.com |
| Katelyn Marie Krabbenhoft | on behalf of Creditor Cardinal Financial Company katelyn@hwmlawfirm.com |
| Maurice VerStandig | on behalf of Debtor Andy Baron Elliott mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Joint Debtor Sandra Leah Elliott mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Defendant Andy Baron Elliott mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Defendant Sandra Leah Elliott mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |

TOTAL: 16

ocontVid(02/21)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

Andy Baron Elliott
Sandra Leah Elliott

Debtor(s)

CHAPTER 7
Bankruptcy No.
*21−30420*

## ORDER GRANTING CONTINUANCE
## AND RESCHEDULING VIDEO CONFERENCE HEARING

The parties filed a stipulated motion to continue the video conference hearing scheduled for **September 26, 2024**. The Court finds cause for granting the continuance.

IT IS ORDERED that the video conference hearing on:

Objection by Trustee, Gene W. Doeling, to Debtors' Claim of Exemptions, filed August 14, 2024. (Doc. 154)

will be held on **October 22, 2024** at **02:00 PM**.

Video conference instructions, procedures and link to join are located at: https://www.ndb.uscourts.gov/video−conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site, generally not less than 48 hours (72 hours preferred) in advance of the hearing.** To test the connection, submit a testing request at https://www.ndb.uscourts.gov/VCtestform. Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot or Grand Forks must contact the Bankruptcy Clerk?s Office at (701) 297−7100 or email clerks_office@ndb.uscourts.gov. Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

Please be advised that all hearings are evidentiary unless, upon the Court's initiative or the written request of a party, the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witnesses and exhibits not later than two business days before the hearing on a contested matter.

Dated: September 24, 2024

**/s/ Shon Hastings**
Judge, U.S. Bankruptcy Court

Copy served electronically September 24, 2024 on Electronic mail list for Case No. 21−30420