# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

## WITNESS LIST

Bankruptcy Case Name:  Andy Baron Elliott & Sandra Leah Elliott
Bankruptcy Case No.:  21-30420                                             Chapter:  7

Contested Matter (  )
Adversary Proceeding No.:
Adversary Proceeding Title:

Witnesses to be called by:  Trustee

| NAME & ADDRESS | Will / May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Andy Baron Elliott | Will | Debtor to testify regarding his bankruptcy filing, amended schedules, and asset values. |
| Sandra Leah Elliott | Will | Debtor to testify regarding her bankruptcy filing, amended schedules, and asset values. |
|  |  |  |
|  |  |  |
|  |  |  |