**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**EXHIBIT LIST**

Bankruptcy Case No.: 21-30420          Bankruptcy Case Title:  Andy Baron Elliott & Sandra Leah Elliott

| Ex. No. | Date | Witness | Description | WILL OR MAY | * STIPULATED | OFFERED | §OBJECTIONS | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T – 1 | | | Ch. 13 Bankruptcy Petition & Schedules filed on 9/8/2021, Doc. 1 | M | | | | | | | | |
| T – 2 | | | Amended Schedules filed on 9/30/2021, Doc. 9 | M | | | | | | | | |
| T – 3 | | | Amended Schedules filed on 12/17/2021, Doc. 22 | M | | | | | | | | |
| T – 4 | | | Confirmed Ch. 13 Plan filed on 3/2/2022, Doc. 49 | M | | | | | | | | |
| T – 5 | | | Confirmed Modified Ch. 13 Plan filed on 11/8/2023, Doc. 95 | M | | | | | | | | |
| T – 6 | | | Amended Schedules filed on 3/14/2024, Doc. 115 | M | | | | | | | | |
| T – 7 | | | Amended Schedules filed on 6/7/2024, Doc. 134 | M | | | | | | | | |
| T – 8 | | | Amended Schedules filed on 7/19/2024, Doc. 145 | M | | | | | | | | |
| T – 9 | | | Pages from First International Bank Statements Showing Large Deposits, Camper Repairs, & Gun/Sporting Goods Purchases | M | | | | | | | | |
| T – 10 | | | First International Bank & Trust Statements from June 1, 2023-January 31, 2024 | M | | | | | | | | |
| T – 11 | | | 2022 Federal & State Tax Returns | M | | | | | | | | |
| T – 12 | | | 2021 Federal & State Tax Returns | M | | | | | | | | |
| T – 13 | | | Order for Turnover, Doc. 129 | M | | | | | | | | |
| T – 14 | | | Businesses Recorded with ND Secretary of State | M | | | | | | | | |

| T – 15 | | | Freedom Mortgage Corp. Subordinate Mortgage Recorded 2/23/2024 | M | | | | | | | | |
| T – 16 | | | Freedom Mortgage 4/5/2024 Mortgage Statement | M | | | | | | | | |
| T – 17 | | | South Carolina Bankruptcy Case 13-03645 Docket Sheet | M | | | | | | | | |
| T – 18 | | | South Carolina Bankruptcy Case 15-00725 Docket Sheet | M | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

\* - O - Original Record & Authenticity Only
\* -A – Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____