B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of North Dakota

In re  Andy Baron Elliott / Sandra Leah Elliott
Debtor(s)

Case No. 21-30420
Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)*

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | |
|---|---|
| For legal services, I have agreed to accept | $ _____ |
| Prior to the filing of this statement I have received | $ _____ |
| Balance Due | $ _____ |

☒ **RETAINER**

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ 3,000.00* |
| The undersigned shall bill against the retainer at an hourly rate of | $ 400.00 |

*As of the filing of this disclosure, $8,868.00 has been billed to - and collected from - the debtors. The debtors have been billed an additional $180.00, which is not yet due, and are being asked to replenish a $3,000.00 retainer.

2. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify):

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render the following legal service :

   Representation of the debtors in the matter of *Doeling v. Elliott, et al.,* Case No. 24-07012 (Bankr. D.N.D. 2024).

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   Representation of the debtors in any other capacity or in any other matters (including in their main bankruptcy case, where they are represented by separate counsel).

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 4, 2025
*Date*

/s/ Maurice VerStandig
Maurice VerStandig
*Signature of Attorney*
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

*Name of law firm*

---

*This form has been modified to delete language indicating fees and expenses will be subject to court approval and to delete language indicating representation will be in connection with "all aspects" of the bankruptcy case. Inapplicable check boxes have also been removed.