## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 21-30420 |
| | ) | Chapter 7 |
| Andy Baron Elliott, | ) | |
| Sandra Leah Elliott, | ) | **NOTICE AND MOTION** |
| | ) | **FOR APPROVAL OF** |
| Debtors. | ) | **SETTLEMENT AGREEMENT** |
| | ) | |

Gene W. Doeling, the bankruptcy trustee in this case, respectfully requests that the Court approve a Settlement Agreement entered into with Andy and Sandra Elliott, dated January 14, 2026. The Settlement Agreement, in essential part, provides as follows:

The bankruptcy trustee commenced an adversary proceeding against the Debtors on August 13, 2024, as Case # 24-07012. That action sought to deny the Debtors a discharge pursuant to 11 U.S.C. §§ 727 (a)(2), (3), (4), and (6). The trustee alleged that the Debtors had either concealed their records or failed to keep and preserve recorded information sufficient to ascertain the nature of their business and transactions; the Debtors made false oath for failing to disclose all of their assets; the Debtors, with intent to hinder, delay, or defraud a creditor or the bankruptcy estate, transferred property both before and after the bankruptcy filing; and the Debtors had failed to obey an order of the bankruptcy court.

The bankruptcy trustee also alleged in the adversary proceeding that the conversion of their Chapter 13 bankruptcy case to Chapter 7 was done in bad faith.

The bankruptcy trustee further alleged that the Debtors had access to in excess of $120,000 in the two months following the filing of their bankruptcy, much of which could have been used to make bankruptcy payments; the Debtors had equity in a recreational vehicle including having made a $5,000 payment on the vehicle on January 1, 2024, and the Debtors had between $20,000 and $40,000 in firearms and similar type sporting goods at the time of the conversion.

The trustee alleged that the Debtors have abandoned their Watford City, ND homestead.

To settle this case, the parties agreed as follows:

The Debtors hereby abandon and forgo any and all rights and claim of exemption in the Watford City, ND real estate listed in their bankruptcy filings, which shall be property of the bankruptcy estate; the Debtors shall execute all documents requested by the bankruptcy trustee in establishing the ownership of that property solely in the name of the bankruptcy estate.

Andy Baron Elliott agrees that his discharge in this bankruptcy case shall be denied pursuant to 11 U.S.C. §§ 727 (a)(2), (3), (4), and (6).

Sandra Leah Elliott shall receive a discharge in this bankruptcy case, and the bankruptcy trustee agrees that he will not pursue denial of discharge as to Sandra Leah Elliott under 11 U.S.C. § 727, provided that the Debtors pay to the bankruptcy estate the sum of $15,000 prior to approval of this Settlement Agreement by the Bankruptcy Court, which has been paid.

To settle the bankruptcy estate's right to recovery of property of the bankruptcy estate following a bad faith conversion of their bankruptcy case to Chapter 7, the Debtors shall pay and hereby stipulate to the entry of judgment in favor of the bankruptcy estate, in the sum of $100,000. The parties agree that judgment shall be entered denying the discharge of Andy Baron Elliott only and awarding the bankruptcy estate a judgment against Andy Baron Elliott in this sum. The bankruptcy estate waives its rights in all other property of the bankruptcy estate as it existed on the date this bankruptcy case was converted to Chapter 7, January 8, 2024, and shall have no right to such property, other than the Watford City, ND homestead real estate.

The bankruptcy trustee and Debtors further agree that in the event the Debtors shall pay to the bankruptcy estate the sums of 1) $15,000 by February 28, 2026, 2) $5,000 by March 31, 2026, 3) $5,000 by April 30, 2026, 4) $5,000 by May 31, 2026, and 5) $15,000 by June 30, 2026, the trustee shall then satisfy in its entirety the monetary judgment against Andy Baron Elliott entered in adversary case # 24-07012. The trustee further agrees that he will not attempt to enforce the monetary judgment against Andy Baron Elliott so long as each payment described above has been timely made. In the event the Debtors default on the payment schedule described, following a seven-day written notice to the Debtors' attorneys, the bankruptcy trustee may immediately thereafter enforce the remaining amount of the judgment without further notice.

A copy of the Settlement Agreement may be obtained by contacting the bankruptcy trustee. The bankruptcy estate will not incur a tax consequence as a result of this transaction.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN  55415 | below) |

DATED:  March 4, 2026                  /s/ Gene W. Doeling
                                        Bankruptcy Trustee
                                        P.O. Box 9231
                                        Fargo, ND 58106
                                        (701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:
ANDY BARON ELLIOTT
SANDRA LEAH ELLIOTT

CASE NO: 21-30420

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 3/4/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Settlement Agreement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/4/2026

/s/ Gene W. Doeling
Gene W. Doeling  05078
Chapter 7 Panel Trustee
KD Law, PLLP
3429 Interstate Blvd. S.
Fargo, ND 58103
701-232-8757
heather@kdlawpartners.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

ANDY BARON ELLIOTT
SANDRA LEAH ELLIOTT

CASE NO: 21-30420

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 3/4/2026, a copy of the following documents, described below,

Notice and Motion for Approval of Settlement Agreement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/4/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gene W. Doeling
KD Law, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

CASE INFO

EXCLUDE

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-30420
DISTRICT OF NORTH DAKOTA
WED MAR 4 10-28-6 PST 2026

(U)CARDINAL FINANCIAL COMPANY

OFFICE OF STATE TAX COMMISSIONER
600 EAST BOULEVARD AVENUE
BISMARCK  ND 58505-0599

EXCLUDE

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT  LLC
PO BOX 41021
NORFOLK  VA 23541-1021

UNITED STATES TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320

WESTLAKE FINANCIAL SERVICES
4751 WILSHIRE BOULEVARD
SUITE 100
LOS ANGELES  CA 90010-3847

EXCLUDE

US BANKRUPTCY COURT
655 1ST AVENUE NORTH  SUITE 210
FARGO  ND 58102-4932

CAPITAL BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

CAPITAL ONE BANK USA N
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CARDINAL FINANCIAL COMPANY  LP
CO AMANDA FERGUSON
HALLIDAY  WATKINS  MANN  PC
376 EAST 400 SOUTH  STE 300
SALT LAKE CITY  UT 84111-2906

CONWAY NATIONAL BANK
9726 HIGHWAYY 17 NORTH
MYRTLE BEACH  SC 29572

(P)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

CREDIT COLLECTION SERV
725 CANTON ST
NORWOOD  MA 02062-2679

CREDIT ONE BANK NA
PO BOX 98875
LAS VEGAS  NV 89193-8875

DEPT OF EDNAVIENT
PO BOX 9635
WILKES BARRE  PA 18773-9635

FIRST INTERNATIONAL BANK
100 MAIN ST S
WATFORD CITY  ND 58854

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS  SD 57104-4868

FREEDOM MORTGAGE
ATTN BANKRUPTCY
PO BOX 6656
CHICAGO  IL 60680-6656

EXCLUDE

INGENUITY RM
PO BOX 310
BISMARCK  ND 58502-0310

(U)INTERNAL REVENUE SERVICE

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JEFFREY ZACHTER
2 UNIVERSITY PLAZA DRIVE
SUITE 205
HACKENSACK  NJ 07601

LAST CHANCE FUNDING
3000 MARCUS AVE
SUITE 2W15
LAKE SUCCESS  NY 11042-1005

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

EXCLUDE

(U)MANTIS FUNDING

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MANTIS FUNDING LLC
CO ZACHTER PLLC
2 UNIVERSITY PLAZA DRIVE
SUITE 205
HACKENSACK  NJ 07601

| | | |
|---|---|---|
| MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE  NY 11804-9001 | NAVIENT SOLUTIONS  LLC ON BEHALF OF<br>DEPARTMENT OF EDUCATION LOAN SERVICES<br>PO BOX 9635<br>WILKES-BARRE  PA 18773-9635 | OASK FINANCE<br>7860 LEHIGH AVE<br>MORTON GROVE   IL 60053-2707 |
| ~~EXCLUDE~~<br>~~(D)OFFICE OF STATE TAX COMMISSIONER~~<br>~~600 EAST BOULEVARD AVENUE~~<br>~~BISMARCK ND 58505-0599~~ | PORTFOLIO<br>120 CORPORATE BLVD  STE 1<br>NORFOLK  VA 23502-4952 | PORTFOLIO RECOV ASSOC<br>150 CORPORATE BLVD<br>NORFOLK  VA 23502-4952 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PREMIER BANKCARD  LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | PROCOLLECT SERVICES LLC<br>PO BOX 389<br>MINOT  ND 58702-0389 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CATHOLIC HEALTH INITIATIVES<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>GALAXY INTERNATIONAL PURCHASING LLC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | SC DEPARTMENT OF REVENUE<br>OFFICE OF GENERAL COUNSEL<br>ATTN BANKRUTPCY<br>300A OUTLET POINTE BLVD<br>COLUMBIA  SC 29210-5666 |
| ~~EXCLUDE~~<br>~~(U)SIMPLE FUNDING  INFUSION CAPITAL~~ | SANFORD HEALTH<br>801 BROADWAY N ROUTE 1000<br>PO BOX 2010<br>FARGO  ND 58122-1000 | (P)SNAP ON CREDIT LLC<br>950 TECHNOLOGY WAY<br>SUITE 301<br>LIBERTYVILLE IL 60048-5339 |
| ~~EXCLUDE~~<br>~~(D)SNAP ON CREDIT~~<br>~~950 TECHNOLOGY WAY~~<br>~~SUITE 301~~<br>~~LIBERTYVILLE IL 60048-5339~~ | SOUTH CAROLINA DEPARTMENT OF REVENUE<br>ATTN  BANKRUPTCY<br>PO BOX 2535<br>COLUMBIA SC 29202-2535 | SYNCBPPMC<br>PO BOX 965005<br>ORLANDO  FL 32896-5005 |
| U S DEPT OF EDGSLATL<br>PO BOX 4222<br>IOWA CITY  IA 52244 | US DEPARTMENT OF EDUCATION<br>P O BOX 16448<br>ST PAUL  MN  55116-0448 | WATERTOWN DEVELOPMENT COMPANY<br>CO JORDAN J FEIST<br>WOODS  FULLER  SCHULTZ  SMITH PC<br>PO BOX 5027<br>SIOUX FALLS  SD 57117-5027 |
| ~~EXCLUDE~~<br>~~(D)WESTLAKE FINANCIAL SERVICES~~<br>~~4751 WILSHIRE BOULEVARD  SUITE 100~~<br>~~LOS ANGELES  CA 90010-3847~~ | WESTLAKE FINANCIAL SERVICES<br>CO DOUGLAS W MURCH<br>CONMY FESTE LTD<br>PO BOX 2686<br>FARGO  ND 58108-2686 | WESTLAKE FINANCIAL SVC<br>4751 WILSHIRE BLVD STE 1<br>LOS ANGELES  CA 90010-3847 |
| | DEBTOR | ~~EXCLUDE~~ |
| WESTLAKE SERVICES  LLC<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 3427<br>GREENVILLE  SC 29602-3427 | ANDY BARON ELLIOTT<br>1408 WEST PHEASANT RIDGE DR<br>WATFORD CITY  ND 58854-7837 | ~~CHAD EVERETT ANDERSON~~<br>~~CHAD ANDERSON LAW FIRM~~<br>~~407 EAST AVENUE C~~<br>~~BISMARCK  ND 58501-3942~~ |

~~EXCLUDE~~

~~GENE W DOELING~~
~~BANKRUPTCY TRUSTEE~~
~~3429 INTERSTATE BLVD S~~
~~PO BOX 9231~~
~~FARGO ND 58106-9231~~

MAURICE VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO ND 58102-4246

SANDRA LEAH ELLIOTT
1408 WEST PHEASANT RIDGE DR
WATFORD CITY ND 58854-7837