IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | |
| Andy Baron Elliott ) | Case No. 21-30420 |
| ) | (Chapter 7) |
| and ) | |
| ) | |
| Sandra Leah Elliott, ) | |
| ) | |
| Debtors. ) | |
| _____) | |
| ) | |
| Gene W. Doeling, in his Official Capacity ) | |
| as Chapter 7 Trustee, ) | |
| ) | Adv. Case No. 24-07012 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Andy Baron Elliott ) | |
| ) | |
| and ) | |
| ) | |
| Sandra Leah Elliott, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Come now Maurice B. VerStandig, Christianna Cathcart, and The VerStandig Law Firm, LLC d/b/a The Dakota Bankruptcy Firm (collectively, "DBF"), pursuant to Local Bankruptcy Rule 9010-2(D) and D.N.D. Gen. L.R. 1.3(F), and move to withdraw as counsel for Andy Baron Elliott ("Mr. Elliott") and Sandra Leah Elliott ("Ms. Elliott") (collectively, the "Debtors"), both in this adversary and, to the extent any appearance has been made, in the main bankruptcy case, and in support thereof state as follows:

During the course of this representation, Mr. Elliott has indicated an inclination to cease paying for the services of counsel, with said indication—repeated on multiple occasions—often

1

being accompanied by disparaging comments aimed at DBF and its attorneys. Consistent with these indications, the Debtors have not paid the fees of DBF in several months. There have also been various interactions between counsel and the Debtors that have created core issues in the attorney/client relationship, the details of which are necessarily protected by the attorney/client privilege.

On December 31, 2025, undersigned counsel shared with Mr. Elliott—via e-mail—an intent to seek to withdraw from representation in this matter. DBF thereafter voluntarily forbore from so doing, as a settlement agreement came together and as seeking to withdraw would have run the risk of jeopardizing the Debtors' ability to realize the benefits of a long-negotiated settlement. However, with there now being a pending motion to approve said agreement, and with the first payment thereunder having been made, it does not appear that moving to withdraw presents any ongoing risk of prejudice to the Debtors. And DBF thusly now seeks to withdraw as counsel for both Debtors, in light of both (i) core issues in the attorney/client relationship; and (ii) a failure to pay fees.

For want of ambiguity: the settlement agreement currently before this Honorable Court was being negotiated *before* DBF first indicated an intent to seek to withdraw, and at no point in time has DBF indicated that an election to settle would impact, or delay, a motion to withdraw as counsel. DBF's attorneys have been exceedingly careful to negotiate an agreement that is in the best interests of the Debtors, that contains provisions agreeable to the Debtors, and that is not driven by the prosper of the Debtors being sans counsel should a settlement not be reached.

Should this Honorable Court so desire, DBF is prepared to further discuss the core issues that plague the attorney/client relationship (unrelated to the payment of fees), in camera or under seal.

WHEREFORE, DBF respectfully prays this Honorable Court (i) permit Maurice B. VerStandig, Christianna Cathcart, and The VerStandig Law Firm, LLC d/b/a The Dakota Bankruptcy Firm to withdraw as counsel in these cases; (ii) strike the appearance of Maurice B. VerStandig, Christianna Cathcart, and The VerStandig Law Firm, LLC d/b/a The Dakota Bankruptcy Firm herein; and (iii) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: March 10, 2026  By:  /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2026, a copy of the foregoing was served electronically upon filing via the ECF system and served via US Mail, postage pre-paid, to:

Andy and Sandra Elliott
1408 W. Pheasant Ridge Dr.
Watford City, ND 58854

Andy and Sandra Elliott
PO Box 73
Sanger, TX 76266

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3