IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Andy Baron Elliott | ) | Case No. 21-30420 |
| | ) | (Chapter 7) |
| and | ) | |
| | ) | |
| Sandra Leah Elliott, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| Gene W. Doeling, in his Official Capacity as Chapter 7 Trustee, | ) ) | |
| | ) | Adv. Case No. 24-07012 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Andy Baron Elliott | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Sandra Leah Elliott, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

NOTICE IS HEREBY GIVEN that the Maurice B. VerStandig, Christianna Cathcart, and The VerStandig Law Firm, LLC d/b/a The Dakota Bankruptcy Firm have filed a motion to withdraw as counsel for the debtors.

NOTICE IS FURTHER GIVEN that written objections to the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

1

                                             Respectfully submitted,

Dated: March 10, 2026        By:    /s/ Maurice B. VerStandig
                                                      Maurice B. VerStandig, Esq.
                                                        The Dakota Bankruptcy Firm
                                                        1630 1st Avenue N
                                                        Suite B PMB 24
                                                        Fargo, North Dakota 58102-4246
                                                        Phone: (701) 394-3215
                                                        mac@dakotabankruptcy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2026, a copy of the foregoing was served electronically upon filing via the ECF system and served via US Mail, postage pre-paid, to:

Andy and Sandra Elliott
1408 W. Pheasant Ridge Dr.
Watford City, ND 58854

Andy and Sandra Elliott
PO Box 73
Sanger, TX 76266

                                                                           /s/ Maurice B. VerStandig
                                                                           Maurice B. VerStandig