**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 21-30420 |
| | ) | Chapter 7 |
| Andy Baron Elliott, | ) | |
| Sandra Leah Elliott, | ) | |
| | ) | |
| Debtors. | ) | |
| | | |
| Gene W. Doeling as Bankruptcy | ) | |
| Plaintiff/Trustee, | ) | |
| | ) | **PLAINTIFF'S OBJECTION TO** |
| Plaintiff, | ) | **COUNSEL'S MOTION TO WITHDRAW** |
| | ) | |
| v. | ) | |
| | ) | |
| Andy Baron Elliott, | ) | |
| Sandra Leah Elliott, | ) | |
| | ) | Adversary No. 24-07012 |
| Defendants. | | |

1.      On March 10, 2026, Maurice B. VerStandig, Christianna Cathcart, and The VerStandig Law Firm, LLC d/b/a The Dakota Bankruptcy Firm, filed a Motion to Withdraw as Counsel. The Plaintiff Trustee hereby objects to this motion based on the following.

2.      The terms of the settlement agreement entered into between the Debtors and the Bankruptcy Estate, which was filed with this Court on March 4, 2026 states:

> [¶10] "…In the event the Debtors default on the payment schedule described, following a seven-day written notice to the Debtors' attorneys, the bankruptcy trustee may immediately thereafter enforce the remaining amount of the Judgment without further notice."

3.      Should the Debtors default on the payment schedule, and counsel be allowed to withdraw, the trustee would be unable to abide by the terms of the agreement.

4.      Even if the Debtors are placed in the position of receiving notice on their own behalf, actual delivery might be questioned. Additionally, any issue regarding notice or delivery of payment can be questioned, whereas the terms of the Settlement Agreement are clear. The Settlement Agreement was written as it was, in anticipation that Debtors' attorney would act in that role until

the Settlement Agreement is completed.   The elimination of the described process puts an

additional burden or difficulty on the Trustee, not intended.

Therefore, Plaintiff Trustee objects to counsel's motion to withdraw until the settlement

terms have been fully satisfied.

Dated: March 24, 2026

/s/ Gene W. Doeling\
Gene W. Doeling (ND Atty. #05078)\
KD Law, PLLP\
Attorney for Plaintiff/Trustee\
3429 Interstate Blvd. S.\
Fargo, ND  58103\
701-232-8757\
gene@kdlawpartners.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 21-30420 |
| | ) | Chapter 7 |
| Andy Baron Elliott, | ) | |
| Sandra Leah Elliott, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Gene W. Doeling as Bankruptcy | ) | |
| Plaintiff/Trustee, | ) | |
| | ) | **AFFIDAVIT OF SERVICE** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Andy Baron Elliott, | ) | Adversary No. 24-07012 |
| Sandra Leah Elliott, | ) | |
| | ) | |
| Defendants. | | |

[1]     I, Heather Christ, being first duly sworn and under oath, depose and say: I am of legal age, a citizen of the United States and not a party to the action herein; that on the 24th day of March, 2026, I served the following document:

**PLAINTIFF'S OBJECTION TO COUNSEL'S MOTION TO WITHDRAW**

on the person listed below by ECF system:

Maurice VerStandig          mac@dakotabankruptcy.com
Christianna Cathcart        christianna@dakotabankruptcy.com

[2]     I declare under penalty of perjury under the laws of the State of North Dakota that the foregoing is true and correct.

Date: <u>March 24, 2026</u>

<u>/s/ Heather Christ</u>
Signature
KD Law, PLLP
3429 Interstate Blvd S
PO Box 9231
Fargo, ND 58106-9231
(701) 232-8757
heather@kdlawpartners.com

<u>Cass County, North Dakota</u>
County and State where signed

- 3 -