**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Andy Baron Elliott,
Sandra Leah Elliott,

               Debtors.
_____/

Gene W. Doeling as Bankruptcy Trustee,

               Plaintiff,
     v.

Andy Baron Elliott,
Sandra Leah Elliott,

               Defendants.
_____/

Bky. Case No. 21-30420
Chapter 7

Adversary No. 24-07012

**ORDER**

On March 4, 2026, the Bankruptcy Trustee filed a motion seeking approval of a Settlement Agreement executed by the Trustee, Andy Baron Elliott, and Sandra Leah Elliott.  The Trustee served notice of the motion, which included a summary of the terms of the settlement.  The Court received no objections.  Based on the information provided by the Trustee and the documents filed in this case, the Court finds that the Settlement Agreement is fair and equitable, reflects a balance of the risks of litigation with potential recovery and appears to be in the best interest of the bankruptcy estate.  Therefore, **IT IS ORDERED** that the Motion to Approve Settlement Agreement [Adv. No. 24-07012, Doc. 53; Case No. 21-30420, Doc. 178] is **GRANTED**.  The Settlement Agreement filed as Adv. No. 24-07012, Doc. 52; Case No. 21-30420, Doc. 177 is **APPROVED**.

Consistent with the terms of the Settlement Agreement, judgment shall be entered denying Debtor Andy Baron Elliott a discharge and awarding the Bankruptcy Estate a judgment against Andy Baron Elliott in the sum of $100,000.

Dated this 26th day of March, 2026.

Shon Hastings, Judge
United States Bankruptcy Court