**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                          Bky. Case No. 21-30420
                                                                 Chapter 7
Andy Baron Elliott,
Sandra Leah Elliott,


                 Debtors.
_____/

Gene W. Doeling as Bankruptcy Trustee,          Adversary No. 24-07012


                 Plaintiff,
        v.

Andy Baron Elliott,
Sandra Leah Elliott,


                 Defendants.
_____/


**JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that:

1.  Judgment is entered in favor of Gene W. Doeling, Trustee of the Andy Baron

    Elliott and Sandra Leah Elliott Bankruptcy Estate, and against Debtor Andy

    Baron Elliott in the sum of $100,000.00.

2.  Debtor Andy Baron Elliott is denied a discharge under 11 U.S.C. §§

    727(a)(2), (3), (4) and (6).

Dated this 26th day of March, 2026.


                                                      Shon Hastings, Judge
                                                      United States Bankruptcy Court