**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                                    Bky. Case No. 21-30420
                                                                          Chapter 7

Andy Baron Elliott,
Sandra Leah Elliott,
                    Debtors.
_____/
Gene W. Doeling as Bankruptcy Trustee,

                    Plaintiff,
        v.

Andy Baron Elliott,
Sandra Leah Elliott,
                    Defendants.                            Adversary No. 24-07012
_____/

### ORDER

On March 10, 2026, Debtors' counsel filed a Motion to Withdraw as Counsel for Andy Baron Elliott and Sandra Leah Elliott [Adv. No. 24-07012, Doc. 54; Case No. 21-30420, Doc. 179], establishing cause for the relief the attorneys and the law firm seek.

The Trustee filed an objection to the motion, outlining enforcement challenges if Debtors' attorneys are permitted to withdraw. The objection is overruled. In the event Debtors fail to comply with the agreement, the Court will consider the concerns outlined by the Trustee in ruling on enforceability issues.

**IT IS ORDERED** the Motion to Withdraw as Counsel for Andy Baron Elliott and Sandra Leah Elliott is **GRANTED**. Attorney Maurice VerStandig, Attorney Christianna Cathcart and The VerStandig Law Firm, LLC d/b/a The Dakota Bankruptcy Firm are allowed to withdraw from further representation of Andy Baron Elliott and Sandra Leah Elliott in these cases effective immediately.

Dated this 26th day of March, 2026.

Shon Hastings, Judge
United States Bankruptcy Court